Hi Mr. Clerk

JH

Can you please send me one copy of the Habeas Corpus Petition and one copy of the motion for appointment of counsel. Back to me stamped.

Thank You

**FILED**
OCT 30 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Henry Kaczmarek
N-95790
Menard, C.C.
P.O. Box 711
Menard, Ill. 62259

**07CV6126
JUDGE ANDERSEN
MAG. JUDGE DENLOW**

The filing fee is in a different envelope. That is the only way in now how to send the filing fee.