**FILED**

OCT 3 0 2007 *amv*

*Oct. 30, 2007*

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

7/18/02

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

HENRY KACZMAREK,
      Plaintiff

v.

DONALD HULICK, Warden
      Defendant(s)

*JH*

## 07CV6126
## JUDGE ANDERSEN
## MAG. JUDGE DENLOW

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ___Henry Kaczmarek___, declare that I am the ☒plaintiff ☐petitioner ☐movant (other___N/A___) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      ☒Yes      ☐No   (If "No," go to Question 2)
    I.D. # ~~N-05~~ N-95790 Name of prison or jail: Menard Corr. Ctr.
    Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10.00

2.  Are you currently employed?      ☐Yes      ☒No
    Monthly salary or wages: ___N/A___
    Name and address of employer: ___N/A___

    a.   If the answer is "No":
         Date of last employment: ___1986___
         Monthly salary or wages: ___2,560.00 per month___
         Name and address of last employer: ___M.J. McDERMott construction Co.___
         address N/A

    b.   Are you married?      ☐Yes      ☒No
         Spouse's monthly salary or wages: ___N/A___
         Name and address of employer: ___N/A___

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.   Salary or wages                                      ☐Yes    ☒No
         Amount_____    Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment                ☐Yes        ☒No
Amount_____Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends                ☐Yes        ☒No
Amount_____Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                        ☐Yes        ☒No
Amount_____Received by_____

e. ☐ Gifts or ☐ inheritances                ☐Yes        ☒No
Amount_____Received by_____

f. ☐Any other sources (state source: _Sister_____)    ☒Yes    ☒No
Amount *100.00 per month Received by _me   HENRY KACZMAREK_

4. Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?            ☐Yes        ☒No        Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?                    ☐Yes        ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes        ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                        ☐Yes        ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____
_____
_____

-2-

RECEIVED OCT 05 2007

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _9-26-2007_

_Henry Kaczmarek_
Signature of Applicant

_HENRY KACZMAREK_
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _HENRY KACZMAREK_ I.D.# _N95790_ , has the sum of $ _111.96_ on account to his/her credit at (name of institution) _MENARD CC_ .

I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_10/11/07_
DATE

_Geraldine Berry_
SIGNATURE OF AUTHORIZED OFFICER

_GERALDINE BERRY_
(Print name)

Rev. 7/18/02

| | |
|---|---|
| Date: 10/11/2007 | |
| Time: 2:43pm | |
| d_list_inmate_trans_statement_composite | |

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 04/01/2007 thru End;    Inmate: N95790;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: N95790 Kaczmarek, Henry**                              **Housing Unit: MEN-N -05-38**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 92.53 |
| 04/04/07 | Point of Sale | 60 Commissary | 094767 | 639974 | Commissary | -47.73 | 44.80 |
| 04/06/07 | Mail Room | 01 MO/Checks (Not Held) | 096245 | 5587777175 | Grieco, Mary | 50.00 | 94.80 |
| 04/06/07 | Mail Room | 01 MO/Checks (Not Held) | 096245 | 5587777174 | Grieco, Mary | 50.00 | 144.80 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 096159 | | P/R month of 03/2007 | 10.00 | 154.80 |
| 04/09/07 | Mail Room | 01 MO/Checks (Not Held) | 099245 | 5587777213 | Grieco, Mary | 30.00 | 184.80 |
| 04/11/07 | Point of Sale | 60 Commissary | 101779 | 642246 | Commissary | -53.91 | 130.89 |
| 04/17/07 | Point of Sale | 60 Commissary | 107712 | 643977 | Commissary | -57.98 | 72.91 |
| 05/02/07 | Point of Sale | 60 Commissary | 122779 | 645259 | Commissary | -56.96 | 15.95 |
| 05/03/07 | Mail Room | 01 MO/Checks (Not Held) | 1232113 | 5614764722 | Grieco, Mary | 50.00 | 65.95 |
| 05/03/07 | Mail Room | 01 MO/Checks (Not Held) | 1232113 | 5614764723 | Grieco, Mary | 50.00 | 115.95 |
| 05/07/07 | Payroll | 20 Payroll Adjustment | 1271107 | | P/R month of 04/2007 | 6.46 | 122.41 |
| 05/09/07 | Point of Sale | 60 Commissary | 129746 | 647661 | Commissary | -55.05 | 67.36 |
| 05/15/07 | Disbursements | 84 Library | 135359 | Chk #80001 | 30977, DOC: School Dist. Libra, Inv. Date: 05/08/2007 | -.45 | 66.91 |
| 05/15/07 | Disbursements | 80 Postage | 135359 | Chk #80002 | 31380, DOC: 523 Fund Reimburse, Inv. Date: 05/09/2007 | -.87 | 66.04 |
| 05/16/07 | Point of Sale | 60 Commissary | 136762 | 649081 | Commissary | -58.36 | 7.68 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 1512113 | 5614763627 | Grieco, Mary | 50.00 | 57.68 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 1512113 | 5614763625 | Grieco, Mary | 50.00 | 107.68 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 1512113 | 5614763623 | Grieco, Mary | 50.00 | 157.68 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 1512113 | 5614763628 | Grieco, Mary | 50.00 | 207.68 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 1512113 | 5614763626 | Grieco, Mary | 50.00 | 257.68 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 1512113 | 5614763624 | Grieco, Mary | 50.00 | 307.68 |
| 06/05/07 | Point of Sale | 60 Commissary | 156767 | 651656 | Commissary | -91.60 | 216.08 |
| 06/07/07 | Mail Room | 01 MO/Checks (Not Held) | 158245 | 017124 | Delehuiz, Barbara | 50.00 | 266.08 |
| 06/07/07 | Mail Room | 01 MO/Checks (Not Held) | 158245 | 017123 | Delehuiz, Barbara | 50.00 | 316.08 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159159 | | P/R month of 05/2007 | 7.48 | 323.56 |
| 06/13/07 | Point of Sale | 60 Commissary | 164779 | 654199 | Commissary | -76.30 | 247.26 |
| 06/19/07 | Point of Sale | 60 Commissary | 170792 | 655788 | Commissary | -64.23 | 183.03 |
| 07/05/07 | Point of Sale | 60 Commissary | 186795 | 657822 | Commissary | -75.25 | 107.78 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187159 | | P/R month of 06/2007 | 10.00 | 117.78 |
| 07/09/07 | Mail Room | 01 MO/Checks (Not Held) | 1902113 | 5614764238 | Grieco, Mary | 50.00 | 167.78 |
| 07/09/07 | Mail Room | 01 MO/Checks (Not Held) | 1902113 | 5614764239 | Grieco, Mary | 50.00 | 217.78 |
| 07/11/07 | Point of Sale | 60 Commissary | 192779 | 659670 | Commissary | -58.52 | 159.26 |
| 07/17/07 | Point of Sale | 60 Commissary | 1987116 | 661552 | Commissary | -83.16 | 76.10 |
| 07/19/07 | Mail Room | 01 MO/Checks (Not Held) | 2002113 | 5706541010 | Grieco, Mary | 50.00 | 126.10 |
| 08/03/07 | Mail Room | 01 MO/Checks (Not Held) | 215245 | 5706541243 | Grieco, Mary | 50.00 | 176.10 |
| 08/03/07 | Mail Room | 01 MO/Checks (Not Held) | 215245 | 5706541244 | Grieco, Mary | 50.00 | 226.10 |
| 08/03/07 | Mail Room | 01 MO/Checks (Not Held) | 215245 | 5706541245 | Grieco, Mary | 20.00 | 246.10 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | P/R month of 07/2007 | 8.84 | 254.94 |
| 08/13/07 | Mail Room | 01 MO/Checks (Not Held) | 225245 | 021990 | Deleskiewicz, Barbara | 50.00 | 304.94 |
| 08/13/07 | Mail Room | 01 MO/Checks (Not Held) | 225245 | 021991 | Deleskiewicz, Barbara | 50.00 | 354.94 |
| 08/24/07 | Point of Sale | 60 Commissary | 236793 | 664663 | Commissary | -58.51 | 296.43 |
| 09/05/07 | Mail Room | 01 MO/Checks (Not Held) | 2482113 | 224942374 | Delasburg, Barbara | 50.00 | 346.43 |
| 09/05/07 | Mail Room | 01 MO/Checks (Not Held) | 2482113 | 224942375 | Delasburg, Barbara | 50.00 | 396.43 |
| 09/05/07 | Mail Room | 01 MO/Checks (Not Held) | 2482113 | 224942371 | Delasburg, Barbara | 50.00 | 446.43 |
| 09/05/07 | Mail Room | 01 MO/Checks (Not Held) | 2482113 | 224942372 | Delasburg, Barbara | 50.00 | 496.43 |
| 09/05/07 | Mail Room | 01 MO/Checks (Not Held) | 2482113 | 224942373 | Delasburg, Barbara | 50.00 | 546.43 |
| 09/07/07 | Point of Sale | 60 Commissary | 2507116 | 666676 | Commissary | -70.23 | 476.20 |
| 09/12/07 | Point of Sale | 60 Commissary | 255767 | 668486 | Commissary | -137.05 | 339.15 |
| 09/18/07 | Point of Sale | 60 Commissary | 261774 | 670247 | Commissary | -86.48 | 252.67 |

Date: 10/11/2007
Time:    2:43pm

d_llst_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**

Inmate Transaction Statement

Page 2

REPORT CRITERIA  - Date: 04/01/2007 thru End;      Inmate: N95790;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: N95790 Kaczmarek, Henry**                                    **Housing Unit: MEN-N -05-38**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 09/26/07 | Mall Room | 01 MO/Checks (Not Held) | 269245 | 5706540557 | Grieco, Mary | 30.00 | 282.67 |
| 10/02/07 | Point of Sale | 60 Commissary | 275746 | 672377 | Commissary | -109.20 | 173.47 |
| 10/09/07 | Point of Sale | 60 Commissary | 282792 | 673588 | Commissary | -70.35 | 103.12 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 8.84 | 111.96 |

|  |  |
|---|---|
| Total Inmate Funds: | 111.96 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 111.96 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |