# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6126 | DATE | November 19, 2007 |
| CASE TITLE | U.S. ex rel. Henry Kaczmarek (N 95790) v. Donald Hulick | | |

**DOCKET ENTRY TEXT:**

Petitioner, Henry Kaczmarek, has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 [1], and has paid the $5 filing fee [7]. Petitioner's motion to proceed *in forma pauperis* [5] is denied as moot. Respondent is ordered to answer the petition or otherwise plead within 30 days from the date this order is entered on the docket. The clerk shall mail a copy of the petition to petitioner, along with a copy of this order. Petitioner's motion for the appointment of counsel [3] is denied without prejudice.

■[For further details see text below.]  Docketing to mail notices.

## STATEMENT

Petitioner, Henry Kaczmarek (N 95790), currently in custody at Menard Correctional Center, has filed a petition for habeas relief pursuant to 28 U.S.C. § 2254, in which he challenges his 1996 conviction for first degree murder. He has paid the $5 filing fee. Thus, his motion to proceed *in forma pauperis* is denied as moot.

Respondent is ordered to answer the petition or otherwise plead within thirty days from the date this order is entered on the clerk's docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of Prisoner Correspondence. Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief of the Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

Petitioner's motion for the appointment of counsel is denied without prejudice. Although Rule 8(c) of the Rules Governing § 2254 Cases allows a court to appoint counsel for a petitioner for an evidentiary hearing and at any stage of the proceedings if the interests of justice so require, this Court cannot make such determinations until after the respondent responds to the petition.

Petitioner has requested that the Court send to him a copy of his petition. The clerk will forward a stamped copy of the petition to petitioner; however, petitioner is advised that the Court does not make free copies of pleadings, and that future requests for copies must be directed to the Court's Certified Copy Desk.