IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| HENRY KACZMAREK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 6126 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Wayne R. Andersen |
| Respondent. | ) | Judge Presiding. |

_____

**MOTION FOR EXTENSION OF TIME**

    The named Respondent, DONALD HULICK, by her attorney, LISA MADIGAN, Attorney General of the State of Illinois, respectfully moves this Honorable Court for a thirty (30) day extension of time from December 20, 2007, to and until January 19, 2007, in which to file a response to this cause.

    An affidavit in support of this motion is attached hereto.

                                   LISA MADIGAN
                                   Attorney General of Illinois

BY:    s/ Eric W. Truett
          ERIC W. TRUETT, Bar No. 6291213
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601
          TELEPHONE: (312) 814-4864
          FAX: (312) 814-2253
          E-MAIL: etruett@atg.state.il.us

STATE OF ILLINOIS )
                             )SS.
COUNTY OF COOK )

A F F I D A V I T

     ERIC W. TRUETT, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Attorney General assigned to represent the Respondent in this matter.

2. That the answer to the instant petition is due to be filed on or before December 20, 2007.

3. That Respondent has requested but not yet obtained the relevant portions of the common law record and the appellate briefs necessary to comply with Rule 5 of the Rules Governing Section 2254 Cases.

4. That Respondent is unable to file an Answer without the aforementioned records.

5. That this is Respondent's first request for an extension of time in this matter and Respondent is asking for thirty days.

6. That this motion is made in good faith and not for purpose of delay.

     FURTHER AFFIANT SAYETH NOT.

                                               By: s/Eric W. Truett
                                               ERIC W. TRUETT

SUBSCRIBED and SWORN to before
me this 13th day of December, 2007.

CERTIFICATE OF SERVICE

      I hereby certify than on December 20, 2007, I electronically filed respondent's **MOTION FOR EXTENSION OF TIME** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Henry Kaczmarek
No. N95790
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, IL 62259

                                            Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General of Illinois

                        By:   s/Eric W. Truett
                              ERIC W. TRUETT, Bar # 6291213
                              Assistant Attorney General
                              100 W. Randolph Street, 12th Floor
                              Chicago, Illinois 60601
                              PHONE: (312) 814-4684
                              FAX: (312) 814-2253
                              E-MAIL: etruett@atg.state.il.us