IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| HENRY KACZMAREK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 6126 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Wayne R. Andersen |
| Respondent. | ) | Judge Presiding. |

_____

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on December 20, 2007, at 9:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wayne R. Andersen, Room 1403, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **RESPONDENT'S MOTION FOR EXTENSION OF TIME**.

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

                                                    BY: s/ Eric W. Truett

                                                    ERIC W. TRUETT, BAR # 6291213
                                                    Assistant Attorney General
                                                    100 West Randolph Street, 12th Floor
                                                    Chicago, Illinois 60601
                                                    TELEPHONE: (312) 814-4684
                                                    FAX: (312) 814-2253
                                                    E-MAIL: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

I hereby certify than on December 13, 2007, I electronically filed respondent's **NOTICE OF RESPONDENT'S MOTION FOR EXTENSION OF TIME** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on the same date, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Henry Kaczmarek, N95790
Menard Correctional Center
PO Box 711
Menard, Illinois 62259-0711

        Respectfully submitted,

        Lisa Madigan
        ATTORNEY GENERAL OF ILLINOIS

BY:  s/ERIC W. TRUETT
      ERIC W. TRUETT, BAR # 6291213
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601
      PHONE: (312) 814-4684
      FAX: (312) 814-2253
      E-MAIL: etruett@atg.state.il.us