

124 S.Ct. 1459  
540 U.S. 1199, 124 S.Ct. 1459, 158 L.Ed.2d 115, 72 USLW 3537  
**(Cite as: 540 U.S. 1199, 124 S.Ct. 1459)**

Page 1

**H**  
Kaczmarek v. Illinois  
U.S.,2004

Supreme Court of the United States  
**Henry KACZMAREK**, petitioner,  
v.  
ILLINOIS.  
**No. 03-8091.**

Feb. 23, 2004.

Case below, 207 Ill.2d 288, 278 Ill.Dec. 329, 798 N.E.2d 713.

Petition for writ of certiorari to the Supreme Court of Illinois denied.

U.S.,2004  
Kaczmarek v. Illinois  
540 U.S. 1199, 124 S.Ct. 1459, 158 L.Ed.2d 115, 72 USLW 3537

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT G