IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>  HENRY KACZMAREK, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 07 C 6126 |
| DONALD HULICK, Warden,<br>  Menard Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Wayne R. Andersen, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF SUBSTITUTION OF COUNSEL

Respondent DONALD HULICK hereby submits this Notice of Substitution of Counsel, whereby, pursuant to Local Rule 83.17, Assistant Attorney General Leah C. Myers should be substituted in place of Assistant Attorney General Eric W. Truett as respondent's attorney of record.

Mr. Truett and Ms. Myers both work for the Attorney General of Illinois. Thus, under Local Rule 83.17, this substitution can be made without motion. LR83.17 ("The attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, except that substitutions or additions may be made without motion where both counsel are of the same firm.").

An appearance form for Ms. Myers will be electronically filed at the same time as this notice.

August 13, 2008                              Respectfully submitted,

                                                                      LISA MADIGAN
                                                                       Attorney General of Illinois

                                      By:    s/ Leah C. Myers
                                                        LEAH C. MYERS, Bar # 6278107
                                                        Assistant Attorney General
                                                        100 West Randolph St.,12th Floor
                                                        Chicago, Illinois 60601-3218
                                                        TELEPHONE: (312) 814-5029
                                                        FAX: (312) 814-2253
                                                        EMAIL: lmyers@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2008, I electronically filed a **Notice of Substitution of Counsel** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Henry Kaczmarek, #N95790
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259

                                                        LISA MADIGAN
                                                        Attorney General of Illinois

                  By:    <u>s/ Leah C. Myers</u>
                            LEAH C. MYERS, Bar # 6278107
                            Assistant Attorney General
                            100 West Randolph St.,12th Floor
                            Chicago, Illinois 60601-3218
                            TELEPHONE: (312) 814-5029
                            FAX: (312) 814-2253
                            EMAIL: lmyers@atg.state.il.us