**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States ex rel. Henry Kaczmarek v. Donald Hulick | 07 C 6126 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent Donald Hulick

| | |
|---|---|
| NAME (Type or print) |  |
| Leah C. Myers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Leah C. Myers | |
| FIRM | |
| Illinois Attorney General's Office | |
| STREET ADDRESS | 100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP | Chicago, Illinois 60601-3218 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL 6278107 | TELEPHONE NUMBER 312-814-5029 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |